# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145772

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ASHLEY TECHNER,
      Plaintiff-Appellee,

v

BARRY S. GREENBERG,
      Defendant-Appellant.

SC: 145772
COA: 303859
Oakland CC: 2009-100997-CZ

_____/

      On order of the Court, the application for leave to appeal the July 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

                  Clerk

p1113